Charles L. Brookheim, as Trustee, etc., v. David W. Biow.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

John McGowan v. Edward J. Appell, Inc., Impleaded, etc.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Herman Baruch v. Goldine R. Copeland.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Joseph Tompkins v. Joseph Braun.— Application denied, with ten dollars costs. Order signed, Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Isidore Cohen v. New York Railways Company.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

C. S. Posner Company, Inc., v. Sarah C. Posner.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Isabelle M. Niles v. Lothar Schoene.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Jacques S. Cohen, etc., v. Valley Stream Realty Company.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Alexander Radomski v. Consolidated Gas Company of New York.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Residence Company of Lawrence Park v. Harry M. Koster.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Heinrich Samuels and Others v. Henry Bloom.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Joseph A. Kapp and Others v. Balm Brothers Company.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Helen Shaw v. Mary F. McQueenie.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Isidore Lang v. Hudson and Manhattan Railroad Company.— Application granted. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.